DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
RAYMUNDO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>RAYMUNDO RAMOS, et al.,<br>  Defendant. | No. CR-S 09-421 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date   January 8, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Burrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Raymundo Ramos; Attorney Douglas Horngrad, Counsel for Vi Truong; Attorney Michael Petrik, Counsel for Gary Truong, that the status conference scheduled for November 20, 2009 be vacated and the matter be continued to this Court's criminal calendar on January 8, 2010, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to conduct investigation, review discovery, and engage in negotiations with the prosecution in attempt to reach a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the January 8, 2010 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED**.

Dated: November 18, 2009         /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for
                                 Raymundo Ramos

Dated: November 18, 2009         /S/ Douglas Horngrad
                                 DOUGLAS HORNGRAD
                                 Attorney for
                                 VI TRUONG

Dated: November 18, 2009         /S/ Michael Petrik
                                 MICHAEL PETRIK
                                 Attorney for
                                 Gary Truong

Dated: November 18, 2009         /S/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Stipulation and Order                    2

1      By the Court,

2 Dated:  November 23, 2009

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge