DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GARY TRUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>VI TRUONG, aka Ken Vi Truong,<br>GARY TRUONG, and RAYMOND PABLO<br>RAMOS,<br><br>              Defendants. | Case No. 2:09-cr-421 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:  March 19, 2010<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

  IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, VI TRUONG, aka Ken Vi Truong, GARY TRUONG, and RAYMOND PABLO RAMOS, through their respective attorneys, that the Court should vacate the status conference scheduled for March 19, 2010, at 9:00 a.m., and reset it for April 9, 2010, at 9:00 a.m.

  Counsel for defendants require further time to review discovery and to negotiate with the government in an effort to resolve this matter.

  It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 9, 2010, when it computes the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting
3  defendants' request for a continuance outweigh the best interest of the
4  public and the defendants' in a speedy trial, and that this is an
5  appropriate exclusion of time for defense preparation within the
6  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: March 16, 2010                    Respectfully submitted,

8                                           DANIEL BRODERICK
                                            Federal Defender

9                                           /s/ M. Petrik
10  _____
                                            MICHAEL PETRIK, Jr.
11                                          Assistant Federal Defender
                                            Attorneys for Defendant
12
    Dated: March 16, 2010                   /s/ M. Petrik for Douglas Horngrad
13                                          DOUGLAS HORNGRAD
                                            Attorney for VI TRUONG
14
    Dated: March 16, 2010                   /s/ M. Petrik for Dina Santos
15                                          DINA SANTOS
                                            Attorney for RAYMUNDO PABLO RAMOS
16

17  Dated: March 16, 2010                   BENJAMIN B. WAGNER
                                            United States Attorney
18
                                            /s/ M. Petrik for Jason Hitt
19  _____
                                            JASON HITT
20                                          Assistant U.S. Attorney

21                                     **ORDER**

22     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
23  this order through the status conference on April 9, 2010, pursuant to
24  18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

25  Dated:  March 18, 2010

26
27                                          _____
                                            GARLAND E. BURRELL, JR.
28                                          United States District Judge

Stipulation and Order                -2-                      No. 2:09-421 GEB